

'08 CIV 6542

Christopher M. Schierloh (CS-6644)
Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o AGS
LTDA. and WILLIAM H. KOPKE, JR. INC.,

       Plaintiff,

    - against -

LAN AIRLINES, S.A. (formerly know as LAN
CHILE)

       Defendant.
--------------------------------------------------------------X

2008 Civ.

**COMPLAINT**

Plaintiff, MUND & FESTER GMBH & CO.KG a/s/o AGS LTDA, by its attorneys,

Casey & Barnett, LLC, for its Complaint alleges upon information and belief as follows:

1.     This action arises out of the Warsaw Convention, a Treaty to which the United

States is a signatory. The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

2.     Plaintiff, MUND & FESTER GMBH & CO.KG (hereinafter M&F" or "Plaintiff")

was and is a foreign corporation with an office and place of business located at Trostbrucke 4

20457 Hamburg, Germany and is the subrogated underwriter of fresh cherries owned by AGS

LTDA., who was the shipper of said consignment of cherries, as more fully described below.

3.    Defendant, LAN AIRLINES, S.A. (formerly know as LAN CHILE) (hereinafter "LAN"), was and is a foreign corporation with an office and place of business located at 6500 NW 22nd Street, Miami, Florida 33122 and at all relevant times was and is doing business within the jurisdiction of this Honorable Court.

4.    This is a claim for damages sustained during transit to a consignment consisting of 673 cases of fresh cherries, with a total weight of 3,870 kg, which were delivered to the defendant and/or its agents in good order and condition in Santiago, Chile for air carriage to Miami, Florida, U.S.A. pursuant to LAN airway bill number 045-5601-3053 dated December 2, 2007.

5.    When the cargo arrived in Miami, Florida, U.S.A., it was delivered to the consignee damaged.

6.    The damages sustained to the aforementioned consignment of fresh cherries were caused solely by the negligence, carelessness, breach of contract and/or breach of bailment of the defendant, its employees, contractors, agents and servants, without any fault on the part of the plaintiff.

7.    In accordance with the provisions of the Warsaw Convention, written notice of the loss was provided to defendants within the time set forth in the Convention.

8.    Plaintiff sues on its own behalf and as agent and trustee on behalf of any other person or parties who may now have or hereinafter acquire an interest in this action.

9.    By reason of the forgoing, plaintiff has been damaged in the amount of $29,000.00 as nearly as presently can be estimated; no part of which has been paid, although duly demanded.

**WHEREFORE,** plaintiff respectfully demands judgment in the amount of $29,000.00, together with interest, costs, and disbursements, and such other and further relief as to the Court appears just and proper.

Dated: New York, New York
      July 21, 2008
      260-91

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Christopher M. Schierloh (CS-6644)
Gregory G. Barnett (GGB-3751)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225