08 CIV 6542

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o AGS
LTDA. and WILLIAM H. KOPKE, JR. INC.,

      Plaintiff,

- against -

LAN AIRLINES, S.A. (formerly know as LAN
CHILE)

      Defendant.
------------------------------------------------------------X

2008 Civ.

FRCP RULE 7.1
DISCLOSURE STATEMENT

NOW comes plaintiff, MUND & FESTER GMBH & CO.KG and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. MUND & FESTER GMBH & CO.KG is not a publicly traded company. AGS LTDA. is not a publicly traded company. WILLIAM H. KOPKE, JR. INC. is not a publicly traded company.

Dated: New York, New York
      July 23, 2008
      260-91

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

        By: _____
            Christopher M. Schierloh (CS-6644)
            Gregory G. Barnett (GGB-3751)
            317 Madison Avenue, 21st Floor
            New York, New York 10017
            (212) 286-0225